UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                :
RICHARD LEDERER,                                :
                                                :
                    Plaintiff,                  :
                                                :      04 Civ. 9664
          -v-                                   :
                                                :      **ORDER**
BP PRODUCTS NORTH AMERICA,                      :
                                                :
                    Defendant.                  :
                                                :
------------------------------------------------------x

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 6/12/07]

GERARD E. LYNCH, District Judge:

      The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

      ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       June 11, 2007

                                                          _____
                                                          GERARD E. LYNCH
                                                    United States District Judge